**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Karyl Clarke,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>City of North Las Vegas, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-01047-CDS-BNW<br><br>**ORDER** |

　　　On December 19, 2025, this Court recommended the denial of Plaintiff's motion to amend and denied his motion to reopen discovery. ECF No. 51. In turn, Plaintiff objected to the order and report and recommendation. ECF No. 51. Defendants responded. ECF No. 53. No reply is needed as this Court will reconsider its order and vacate the order and report and recommendation at ECF No. 51. LR 59-1. This Court agrees that it has applied the incorrect standard to the motion to amend as the deadline to amend was July 14, 2025—not April 17, 2025. ECF No. 35. As a result, this Court will re-evaluate the motion in due course. This Court will also re-address Plaintiff's motion to re-open discovery in tandem with the motion to amend.

　　　IT IS ORDERED that this Court's order and report and recommendation at ECF No. 51 be VACATED.

　　　IT IS FURTHER ORDERED that the clerk of Court shall re-activate ECF Nos. 45 and 46.

DATED: January 9, 2026

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE