UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Karyl Clarke,

Plaintiff

v.

City of North Las Vegas, et al.,

Defendants

Case No. 2:24-cv-01047-CDS-BNW

**Order Denying as Moot Plaintiff's Motion to Extend Time**

[ECF No. 77]

Plaintiff Karyl Clarke seeks an extension of time to file an opposition to the defendants' motion to dismiss, citing a widespread power outage caused by severe weather in Ohio. ECF No. 77. Clarke filed his opposition the same day. ECF No. 78.

Clarke's opposition, however, was timely filed. Although the defendants filed their motion to dismiss on July 30, 2026, making the opposition due by August 13, 2026, because Clarke is proceeding pro se, the court issued a minute order regarding the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland*. *See* ECF No. 75. The minute order provided: "Opposition due 14 days from the date of this Minute Order, and reply due seven 7 days after the filing of the opposition. Responses are due by 8/18/2026." *Id.*

Accordingly, Clarke's motion to extend time **[ECF No. 77] is denied as moot**. The defendants' replies are due by August 24, 2026.

Dated: August 21, 2026

Cristina D. Silva
United States District Judge